**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Jamal Walker

                            Plaintiff,

v.                                                    Case No.: 1:21−cv−02648
                                                          Honorable Edmond E. Chang

City of Chicago, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 28, 2022:

      MINUTE entry before the Honorable M. David Weisman: Defendants' joint motion for extension of time to complete fact discovery [73] is granted up to and including 2/15/23. Status hearing set for 12/20/22 is stricken and reset to 2/23/23 at 9:15 a.m. A joint status report shall be filed by 2/17/23. If the parties would like an earlier status before this court they shall jointly contact Courtroom Deputy, Alyssia Owens via email. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.